## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

George Woodring
11 W. Baltimore St
Apt 604
Hagerstown MD 21740
(Full name and address of the plaintiff)
　　　　　Plaintiff(s)

vs.

First Premier Bank
900 W Delaware St
Sioux Falls, SD
57104-0347
(Full name and address of the defendant(s))
　　　　　Defendant(s)

JUL 17 2007

AMD07CV1901

Civil No.: _____
(Leave blank. To be filled in by Court.)

\*\*\*\*\*\*\*\*

## COMPLAINT

1.  Jurisdiction in this case is based on:

    ☐   Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    ☐   Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    ☑   Other (explain) _First Premier has been on my credit report for some time and in_

violation of The FCRA They were discharged in bankrutcpy in 05 and damaged my credit.

3.

❏ Damages in the amount of: _____

❏ An injunction ordering: _____

_____

❏ Other (explain) _____

_____

_____
*(original signature of plaintiff)*

_____

_____

_____
*(address of plaintiff)*